# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROILAN BARNACHERA BALAOING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., <br><br> Defendant. | Case No. 1:23-cv-00575-ADA-SAB <br><br> ORDER VACATING JUNE 28, 2023 HEARING ON MOTION TO REMAND <br><br> (ECF Nos. 4, 7) |

Plaintiffs Froilan Barnachera Balaoing and Biamantina Britany Balaoing filed a motion to remand on May 12, 2023. (ECF No. 4.) On May 15, 2023, the district judge referred the matter to the magistrate judge to issue findings and recommendations. (ECF No. 5.) The hearing on Plaintiffs' motion was reset before the magistrate judge for June 28, 2023. (ECF No. 7.)

Having considered the moving papers, notice of supplemental authorities, and the record on file, the Court finds this matter suitable for decision without oral argument. See E.D. Cal. L.R. 230(g). Accordingly, the hearing set for June 28, 2023, will be vacated and the parties will not be required to appear at that time.

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to remand
2  (ECF No. 4), set for June 28, 2023, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **June 26, 2023**                                    _____
                                                                                           UNITED STATES MAGISTRATE JUDGE

2