UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROILAN BARNACHERA BALAOING, et al., <br><br>Plaintiffs, <br><br>v. <br><br>NISSAN NORTH AMERICA, INC., <br><br>Defendant. | Case No. 1:23-cv-00575-ADA-SAB <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTION TO REMAND <br><br>(ECF Nos. 4, 11) |

Currently before the Court is Plaintiffs Froilan Barnachera Balaoing and Diamantina Brittany Balaoing's ("Plaintiffs") motion to remand filed on May 12, 2023. (ECF No. 4.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending that Plaintiff's motion be denied. (ECF No. 11.) The findings and recommendations contain notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 12.) No objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's

///

1

findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on June 28, 2023, (ECF No. 11), are ADOPTED IN FULL; and
2. Plaintiffs Froilan Barnachera Balaoing and Diamantina Brittany Balaoing's motion to remand, (ECF No. 4), is DENIED.

IT IS SO ORDERED.

Dated:  August 30, 2023

_____
UNITED STATES DISTRICT JUDGE