# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROILAN BARNACHERA BALAOINGYASAMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:23-cv-00575-ADA-SAB<br><br>ORDER GRANTING MOTION FOR REMOTE APPEARANCE<br><br>(ECF Nos. 8, 14) |

A scheduling conference is set in this matter for October 31, 2023, in Courtroom 9. (ECF No. 8.) On October 30, 2023, Plaintiffs filed a motion for counsel to appear virtually at the scheduling conference. (ECF No. 14.) The Court's current practice is to allow parties to appear either in person or via video for such scheduling conferences. The Court has provided videoconference login information to the parties.

Accordingly, it is HEREBY ORDERED that the Plaintiffs' motion for remote appearance is GRANTED.

IT IS SO ORDERED.

Dated: __October 31, 2023__

UNITED STATES MAGISTRATE JUDGE

1