# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROILAN BARNACHERA BALAOING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 1:23-cv-00575-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 25)<br><br>**FORTY FIVE DAY DEADLINE** |

On October 24, 2024, a notice of settlement was filed informing the Court that the parties have reached a settlement in this action. (ECF No. 25.) The parties proffer that dispositional documents will be filed within 90 days.[1] The Court shall order that the parties file dispositional documents within forty-five days. Any additional request for extension of time to file dispositional documents must be supported by good cause.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within **forty-five (45) days** of entry of this order.

IT IS SO ORDERED.

Dated:  **October 24, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties simultaneously request that the Court order that the action be dismissed without prejudice and the Court continue to retain jurisdiction over the action to enforce the terms of the settlement agreement. (ECF No. 25 at 2.) The Court cannot dismiss this action until the parties file a proper request pursuant to Rule 41(a).

1