1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| FROILAN BARNACHERA BALAOING, et al., | Case No. 1:23-cv-00575-KES-SAB |
| Plaintiffs, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS |
| v. | (ECF No. 27) |
| NISSAN NORTH AMERICA, INC., | **JANUARY 8, 2025 DEADLINE** |
| Defendant. | |

11
12
13
14
15
16

17    On October 24, 2024, a notice of settlement was filed informing the Court that the

18 parties had reached a settlement in this action. (ECF No. 25.)  The parties noted that attorney's

19 fees, costs, and expenses remained outstanding and if the parties could not reach an informal

20 resolution, Plaintiffs intended to file a noticed motion.  On October 24, 2024, the Court ordered that

21 the parties file dispositional documents within forty-five days.  (ECF No. 26.)

22    On December 2, 2024, Plaintiff filed a declaration indicating that Plaintiffs' attorney's fees

23 and costs remain outstanding.  (ECF No. 25.)  Plaintiff requests that the Court extend the deadline to

24 file dispositional documents by an additional sixty days from December 9, 2024, to February 7, 2025,

25 to allow Plaintiffs to file a noticed motion for attorney's fees.  The Court finds good cause to grant

26 Plaintiffs' request.  However, Plaintiffs do not provide the date upon which they intend to file the

27 motion for attorney's fees.  As such, the Court shall order that Plaintiffs shall file their motion for fees

28 and costs on or before January 8, 2025.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file their motion for fees and costs no later than **January 8, 2025**.  If no motion is filed, dispositive documents shall be filed **no later than February 7, 2025**.

IT IS SO ORDERED.

Dated:   **December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2